# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALLEN, an individual, ) | Civil No. 06cv371 NLS |
| Plaintiff, ) | **ORDER STRIKING DOCUMENT NO. 71 FROM THE RECORD** |
| v. ) | |
| THE GHOULISH GALLERY, an entity of unknown form; TIM TURNER, an individual, APRIL TURNER, an individual, and DOES 1 through 10, inclusive, ) ) ) ) | [Doc. No. 71] |
| Defendants. ) | |
| And Related Counterclaim. ) | |

Plaintiff filed an ex parte motion to continue pretrial dates, but did not sign the application. [Doc. No. 71.] Plaintiff then re-submitted the ex parte application and included his electronic signature. [Doc. No. 72.] Because the filings are duplicative, and the first filing lacks Plaintiff's signature, the Court **ORDERS** that Document No. 71 be **STRICKEN** from the record.

**IT IS SO ORDERED.**

DATED: July 17, 2007

Hon. Nita L. Stormes
U.S. Magistrate Judge