BELA G. LUGOSI (SBN 35663)
AMY I. BORLUND (SBN 205361)
**ARENT FOX LLP**
445 South Figueroa Street, Suite 3750
Los Angeles, California 90071
Telephone:   (213) 629-7400
Telecopy:    (213) 629-7401

Attorneys for Defendants and Counterclaimants
Tim Turner and April Turner dba The Ghoulish Gallery

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALLEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE GHOULISH GALLERY, an entity of unknown form; TIM TURNER, an individual, APRIL TURNER, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>TIM TURNER, an individual, and APRIL TURNER, an individual, dba THE GHOULISH GALLERY<br><br>Counterclaimants,<br><br>v.<br><br>EDWARD ALLEN, an individual,<br><br>Counterdefendant. | CASE NO. 06CV 0371 L NLS<br><br>**DEFENDANTS' AND COUNTERCLAIMANT'S OBJECTIONS TO ADMISSIBILITY OF PLAINTIFF'S SECOND AMENDED PRETRIAL DISCLOSURES**<br><br>Complaint Filed: February 16, 2006 |

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Defendants and Counterclaimant Tim Turner and April Turner, dba The Ghoulish Gallery ("Defendants") hereby object to Plaintiff Edward Allen's ("Plaintiff") Second Amended Pretrial Disclosures.

## I. DEPOSITIONS

Defendants object to Plaintiff's attempt to offer the testimony of defendant Tim Turner by deposition, as Mr. Turner will be available for questioning at trial.

## II. EXHIBITS

Defendants object to the admissibility of the documents listed below as disclosed by Plaintiff. Defendants also maintain that the majority of Plaintiff's exhibits are either irrelevant or should be excluded pursuant to Federal Rule of Evidence 403 as cumulative and unduly burdensome. As such, Defendants reserve their right, pursuant to rule 26(a)(3), to assert objections at trial based upon those objections.

### A. Exhibits Plaintiff Expects To Introduce

Plaintiff's No. 3. Defendants object to this document as it lacks foundation and authenticity as to the alleged date.

Plaintiff's No. 6. Defendants object to this document as it lacks foundation and authenticity.

Plaintiff's No. 9. Defendants object to this document as it lacks foundation and authenticity as to the alleged date and location.

Plaintiff's No. 11. Defendants object to this document as it lacks foundation and authenticity. Defendants further object that the document contains inadmissible hearsay.

Plaintiff's No. 13. Defendants object to this document as it lacks foundation and authenticity. Defendants further object that the document contains inadmissible hearsay.

Plaintiff's Nos. 14 and 16. Defendants object to these documents as they lack

ARENT FOX LLP
445 S. Figueroa Street
Suite 3750
Los Angeles, CA 90071
(213) 629-7400
(213) 629-7401

1  foundation and authenticity. Defendants further object that the documents contain
2  inadmissible hearsay.
3      Plaintiff's Nos. 17 and 18. Defendants object to these documents as they lack
4  foundation and authenticity as to what Plaintiff purports them to be.
5      Plaintiff's No. 19. Defendants object to this document as it lacks foundation
6  and authenticity. Defendants also object that this exhibit is not the best evidence.
7  Defendants further object that the document contains inadmissible hearsay.
8      Plaintiff's Nos. 24 through 28. Defendants object to these documents as they
9  lack foundation and authenticity as to the alleged dates.
10     Plaintiff's No. 29. Defendants object to this document as it lacks foundation
11 and authenticity. Defendants further object that the document contains inadmissible
12 hearsay.
13     Plaintiff's Nos. 30 through 34. Defendants object to these documents as they
14 lack foundation and authenticity as to the alleged dates.
15     Plaintiff's No. 35. Defendants object to this document as it is incomplete and
16 not the best evidence.
17     Plaintiff's No. 39. Defendants object to the second page of this document
18 (Allen 000144) as it lacks foundation and authenticity and is not the best evidence.
19 Defendants further object that the document contains inadmissible hearsay.
20     Plaintiff's Nos. 50 through 53. Defendants object to these documents as they
21 lack foundation and authenticity as to the alleged dates.
22     Plaintiff's Nos. 63 and 65. Defendants object to these documents as they are
23 illegible and not the best evidence.
24     Plaintiff's No. 66. Defendants object to this document as it lacks foundation
25 and authenticity. Defendants further object that it is not the best evidence.
26     Plaintiff's Nos. 67 through 69. Defendants object to these documents as they
27 lack foundation and authenticity as to the alleged dates.
28     Plaintiff's Nos. 76 through 77. Defendants object to these documents as they

ARENT FOX LLP
445 S. Figueroa Street
Suite 3750
Los Angeles, CA 90071
(213) 629-7400
(213) 629-7401

-2-
OBJECTIONS TO PRETRIAL DISCLOSURES                    06CV 0371 L NLS

1  lack foundation and authenticity. Defendants further object that these documents
2  contain inadmissible hearsay.

3       Plaintiff's Nos. 81 through 99. Defendants object to these documents as they
4  lack foundation and authenticity. Defendants further object that these documents
5  contain inadmissible hearsay.

6       Plaintiff's Nos. 105 and 106. Defendants object to these documents as they
7  lack foundation and authenticity.

8       Plaintiff's Nos. 109 through 138, 141, 142, 144, and 147 through 150. As a
9  preliminary matter, Defendants object to each of these documents as they were not
10 produced during discovery, and, as a result, Plaintiff should be precluded from
11 introducing them at trial. Defendants additionally object that the majority of these
12 documents lack foundation and authenticity. Moreover, many are not the best
13 evidence. Defendants further object that several of these documents contain
14 inadmissible hearsay.

15      Plaintiff's Nos. 139 through 140. Defendants object to these documents as
16 they lack foundation and authenticity. Defendants further object that these
17 documents contain inadmissible hearsay.

18      Plaintiff's No. 151. Defendants object to this document as it lacks foundation
19 and authenticity.

20      Plaintiff's Nos. 155, 157 and 161. Defendants object to these documents as
21 they are illegible and not the best evidence.

22      Plaintiff's Nos. 170 and 171. Defendants object to these documents as they
23 lack foundation and authenticity and are not the best evidence.

24      Plaintiff's No. 177. Defendants object to this document as it lacks foundation
25 and authenticity as to the alleged date.

26      Plaintiff's No. 178. Defendants object to this document as it lacks foundation
27 and authenticity as to what Plaintiff purports it to be.

28      Plaintiff's Nos. 179 through 181. Defendants object to these documents as

ARENT FOX LLP
445 S. Figueroa Street
Suite 3750
Los Angeles, CA 90071
(213) 629-7400
(213) 629-7401

-3-
OBJECTIONS TO PRETRIAL DISCLOSURES     06CV 0371 L NLS

1  they lack foundation and authenticity as to the alleged dates.  Defendant further
2  objects that No. 180 is illegible and not the best evidence.

3      Plaintiff's No. 183.  Defendants object to this document as it lacks foundation
4  and authenticity.

5      Plaintiff's No. 184.  Defendants object to this document as it lacks foundation
6  and authenticity as to the alleged date.

7      Plaintiff's No. 186.  Defendants object to this document as it lacks foundation
8  and authenticity.

9      Plaintiff's Nos. 187 through 194.  Defendants object to these documents as
10 they lack foundation and authenticity as to the alleged dates.

11     Plaintiff's Nos. 195 through 196.  Defendants object to these documents as
12 they lack foundation and authenticity.

13     Plaintiff's Nos. 199 through 200.  Defendants object to these documents as
14 they lack foundation and authenticity as to the alleged dates.

15     Plaintiff's Nos. 204 through 207.  As a preliminary matter, Defendants object
16 to these documents as they have never been produced.  Defendants further object that
17 the documents lack foundation and authenticity.  Additionally, Defendants object to
18 the extent that the documents might contain inadmissible hearsay.

19     Plaintiff's Nos. 208 through 209.  As a preliminary matter, Defendants object
20 to each of these documents as they were not produced during discovery, and, as a
21 result, Plaintiff should be precluded from introducing them at trial.  Defendants
22 additionally object that these documents lack foundation and authenticity.
23 Defendants further object that these documents contain inadmissible hearsay.

24 **B.   Exhibits Plaintiff May Offer As the Need Arises**

25     Plaintiff's No. 1.  Defendants object to this document as it was not produced
26 during discovery, and, as a result, Plaintiff should be precluded from introducing it at
27 trial.

28     Plaintiff's No. 4.  Defendants object to this document as it lacks foundation

ARENT FOX LLP
445 S. Figueroa Street
Suite 3750
Los Angeles, CA 90071
(213) 629-7400
(213) 629-7401

-4-
OBJECTIONS TO PRETRIAL DISCLOSURES         06CV 0371 L NLS

1  and authenticity as to the alleged date.

2        Plaintiff's Nos. 5 through 6. Defendants object to these documents as they
3  lack foundation and authenticity.

4        Plaintiff's Nos. 8 through 27 and 29 through 30. As a preliminary matter,
5  Defendants object to each of these documents as they were not produced during
6  discovery, and, as a result, Plaintiff should be precluded from introducing them at
7  trial. Defendants additionally object that the majority of these documents lack
8  foundation and authenticity. Moreover, many of the documents are not the best
9  evidence. Defendants further object that several of these documents contain
10 inadmissible hearsay.

11       Plaintiff's No. 28. Defendants object to this document as it lacks foundation
12 and authenticity.

13       Plaintiff's Nos. 31 and 32. Defendants object to these documents to the extent
14 that they are not the most recent versions of Mr. Turner's responses.

15       Plaintiff's No. 38. Defendants object to this document as it lacks foundation
16 and authenticity. Defendants further object that this document contains inadmissible
17 hearsay.

18       Plaintiff's No. 42. Defendants object to this document as it lacks foundation
19 and authenticity.

20       Plaintiff's No. 43. Defendants object to this document as it lacks foundation
21 and authenticity. Defendants further object that it is incomplete and not the best
22 evidence. Additionally, Defendants object that this document contains inadmissible
23 hearsay.

24       Plaintiff's No. 51. Defendants object to this document as it lacks foundation
25 and authenticity.

26       Plaintiff's Nos. 52 through 56. Defendants object to these documents as they
27 lack foundation and authenticity. Defendants further object to the documents to the
28 extent they contain inadmissible hearsay.

ARENT FOX LLP
445 S. Figueroa Street
Suite 3750
Los Angeles, CA 90071
(213) 629-7400
(213) 629-7401

-5-
OBJECTIONS TO PRETRIAL DISCLOSURES      06CV 0371 L NLS

1  Plaintiff's Nos. 60 and 63. Defendants object to this document as it lacks
2  foundation and authenticity.
3  Plaintiff's Nos. 64 through 65. Defendants object to these documents as they
4  are incomplete and not the best evidence.
5  Plaintiff's Nos. 67, 69 through 81. Defendants object to these documents as
6  they lack foundation and authenticity. Defendants further object to the documents to
7  the extent they contain inadmissible hearsay.
8  Plaintiff's No. 82. Defendants object to this category of documents to the
9  extent that it may contain documents that lack foundation and authenticity, are not
10 the best evidence and contain inadmissible hearsay.

Dated:  August 3, 2007                Respectfully submitted,

                                      **ARENT FOX LLP**


                                      By: _____/S/_____
                                           AMY I. BORLUND
                                      Attorneys for Defendants and
                                      Counterclaimants Tim Turner and April
                                      Turner dba The Ghoulish Gallery

ARENT FOX LLP
445 S. Figueroa Street
Suite 3750
Los Angeles, CA 90071
(213) 629-7400
(213) 629-7401

-6-
OBJECTIONS TO PRETRIAL DISCLOSURES            06CV 0371 L NLS

## PROOF OF SERVICE
### US District Court Southern District Case No. 06CV 0371 L NLS
### Edward Allen v. Tim Turner, et al.

I am a citizen of the United States. My business address is Arent Fox LLP, 445 South Figueroa Street, Suite 3750, Los Angeles, California 90071. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

**DEFENDANTS' AND COUNTERCLAIMANT'S OBJECTIONS TO ADMISSIBILITY OF PLAINTIFF'S SECOND AMENDED PRETRIAL DISCLOSURES**

    (BY FAX) I transmitted via facsimile, from facsimile number (213) 629-1309, the document(s) to the person(s) listed below at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is attached to this Proof of Service.

**X**    **(BY MAIL)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) listed below and sealed and placed the envelopes for collection and mailing following ordinary business practices.

    (BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list.

    (BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) on the within service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

| | |
|---|---|
| Edward J. Allen, Jr.<br>P.O. Box 3584<br>Seal Beach, CA 90740<br>Tel.: (562) 810-5317<br>Fax: (562) 439-4080 | Plaintiff, *Pro Se*<br>Edward Allen |

    ☒  (Federal) I declare under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3, 2007, at Los Angeles, California.

*/s/ Vivian La Barreda*

Arent Fox LLP
445 S. Figueroa Street
Suite 3750
Los Angeles, CA 90071
(213) 629-7400
(213) 629-7401