1  Edward J. Allen, Pro Se
   P.O. Box 3584
2  Seal Beach, California 90740
   Telephone: (562) 810-5317
3  Facsimile: (562) 439-4080

4  Plaintiff in Pro Se

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11

12                                    CASE NO.: 06-CV 0371 L (NLS)

13

14  EDWARD ALLEN, an individual,

15        Plaintiff,                  **PLAINTIFF'S OBJECTIONS TO
                                       ADMISSIBILITY OF DEFENDANTS'**
16  v.                                **PRETRIAL DISCLOSURES**

17  THE GHOULISH GALLERY, an entity of  **Complaint Filed:  February 16, 2006**
    unknown form;  TIM TURNER, an individual,
18  APRIL TURNER, an individual, and DOES 1-
    10, Inclusive.
19
          Defendants.
20

21

22

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-1-

1    Pursuant to Federal Rule of Civil Procedure 26(a)(3), Plaintiff Edward Allen hereby objects

2   to the Pretrial Disclosures of Defendants Tim and April Turner, dba The Ghoulish Gallery.

3                                  **I.  EXHIBITS**

4    Plaintiff objects to the admissibility of the documents listed below as disclosed by the

5   Defendants.  Plaintiff reserves his right, pursuant to rule 26(a)(3), to assert objections at trial based

6   upon these objections.

7   **A.       Exhibits Defendants Plan to Introduce**

8    Defendants' No. 1.  OBJECTIONS:  NONE.

9    Defendants' No. 2.  OBJECTIONS:  NONE.

10    Defendants' No. 3.  OBJECTIONS:  Prejudice, confusion (FRE 403), not complete thread

11   of e-mails and therefore not original (FRE 1002);

12    Defendants' No. 4.   OBJECTIONS:  NONE

13    Defendants' No. 5:   OBJECTIONS:  NONE

14    Defendants' No. 6:   OBJECTIONS:  NONE

15    Defendants' No. 7:  OBJECTIONS:  NONE

16    Defendants' No. 8:  OBJECTIONS:  NONE

17    Defendants' No. 9:  OBJECTIONS:  lacks foundation (FRE 104b); lacks authentication

18   (FRE 901); not original (FRE 1002);  prejudice, confusion (FRE 403): irrelevant (FRE 402)

19    Defendants' No. 10:  OBJECTIONS: NONE

20    Defendants' No. 11:  OBJECTIONS: NONE

21    Defendants' No. 12:  OBJECTIONS:  Incomplete thread.  Likely to cause confusion (FRE

22   403),

23    Defendants' No. 13:  OBJECTIONS:  Incomplete thread lacks foundation (FRE 104b);

24   lacks authentication (FRE 901); not original (FRE 1002);

25    Defendants' No. 14:  OBJECTIONS:  Incomplete thread.  lacks foundation (FRE 104b);

26   lacks authentication (FRE 901); not original (FRE 1002);

27    Defendants' No. 15:  OBJECTIONS:  NONE

28   ///

1    Defendants' No. 16:  OBJECTIONS:  lacks foundation (FRE 104b); lacks authentication

2  (FRE 901); not original (FRE 1002);   prejudice, confusion (FRE 403): irrelevant (FRE 402)

3    Defendants' No. 17.  OBJECTIONS:  lacks foundation (FRE 104b); lacks authentication

4  (FRE 901); not original (FRE 1002);   prejudice, confusion (FRE 403): irrelevant (FRE 402)

5    Defendants' No. 18.  OBJECTIONS:  NONE

6    Defendants' No. 19.  OBJECTIONS:  NONE

7    Defendants' No. 20.  OBJECTIONS:  NONE

8    Defendants' No. 21.  OBJECTIONS:  NONE

9    Defendants' No. 22.  OBJECTIONS:  NONE

10    Defendants' No. 23.  OBJECTIONS:  NONE

11    Defendants' No. 24.  OBJECTIONS:  NONE

12    Defendants' No. 25.   OBJECTIONS:  NONE

13    Defendants' No. 26.  OBJECTIONS: lacks foundation (FRE 104b); lacks authentication

14  (FRE 901); not original (FRE 1002);  prejudice, confusion (FRE 403): irrelevant (FRE 402)

15    Defendants' No. 27.  OBJECTIONS:  lacks foundation (FRE 104b); lacks authentication

16  (FRE 901); not original (FRE 1002);  prejudice, confusion (FRE 403): irrelevant (FRE 402),  not

17  produced in discovery to Plaintiff (FRCP Rule 26, 34, 37), hearsay (FRE 801, 802)

18    Defendants' No. 28.  OBJECTIONS:  NONE

19    Defendants' No. 29.   OBJECTIONS: NONE

20    Defendants' No. 30.  OBJECTIONS: NONE

21    Defendants' No. 31.  OBJECTIONS:  NONE

22    Defendants' No. 32.  OBJECTIONS:  NONE

23    Defendants' No. 33.   OBJECTIONS:  lacks foundation (FRE 104b); lacks authentication

24  (FRE 901); not original (FRE 1002);  prejudice, confusion (FRE 403): irrelevant (FRE 402),  not

25  produced in discovery to Plaintiff (FRCP Rule 26, 34, 37), hearsay (FRE 801, 802)

26    Defendants' No. 34.  OBJECTIONS:  not produced in discovery to Plaintiff (FRCP Rule 26,

27  34, 37)

28  ///

1    Defendants' No. 35.  OBJECTIONS:  not produced in discovery to Plaintiff (FRCP Rule 26,

2  34, 37)

3    Defendants' No. 36.  OBJECTIONS:  lacks foundation (FRE 104b); lacks authentication

4  (FRE 901); not original (FRE 1002);  prejudice, confusion (FRE 403): irrelevant (FRE 402),  not

5  produced in discovery to Plaintiff (FRCP Rule 26, 34, 37), hearsay (FRE 801, 802)

6

7  **B.    Exhibits Defendants May Offer As the Need Arises**

8    Defendants' No. 1.   OBJECTIONS:  NONE

9    Defendants' No. 2.   OBJECTIONS:  NONE

10    Defendants' No. 3.  OBJECTIONS:  NONE

11    Defendants' No. 4.  OBJECTION:  hearsay (FRE 801, 802),

12    Defendants' No. 5.  OBJECTION:   NONE

13    Defendants' No. 6.  OBJECTIONS:  NONE

14    Defendants' No. 7.  OBJECTIONS:  NONE

15    Defendants' No. 8.  OBJECTIONS:  NONE

16    Defendants' No. 9.  OBJECTIONS:  NONE

17    Defendants' No. 10.   OBJECTIONS:  lacks foundation (FRE 104b); lacks authentication

18  (FRE 901); hearsay (FRE 801, 802), not original (FRE 1002) irrelevant (FRE 402)

19    Defendants' No. 11.  OBJECTIONS:  lacks foundation (FRE 104b); lacks authentication

20  (FRE 901); hearsay (FRE 801, 802), not original (FRE 1002) irrelevant (FRE 402)

21    Defendants' No. 12.   OBJECTIONS:  lacks foundation (FRE 104b); lacks authentication

22  (FRE 901); hearsay (FRE 801, 802), not original (FRE 1002) irrelevant (FRE 402)

23    Defendants' No. 13.   OBJECTIONS:  lacks foundation (FRE 104b); lacks authentication

24  (FRE 901); hearsay (FRE 801, 802), not original (FRE 1002) irrelevant (FRE 402)

25    Defendants' No. 14.  OBJECTIONS:  lacks foundation (FRE 104b); lacks authentication

26  (FRE 901); hearsay (FRE 801, 802), not original (FRE 1002) irrelevant (FRE 402)

27    Defendants' No. 15.  OBJECTIONS:  lacks foundation (FRE 104b); lacks authentication

28  (FRE 901); hearsay (FRE 801, 802), not original (FRE 1002) irrelevant (FRE 402)

1    Defendants' No. 16.  OBJECTIONS:  NONE

2    Defendants' No. 17.  OBJECTIONS:  NONE

3    Defendants' No. 18.  OBJECTIONS:  NONE

4    Defendants' No. 19.   OBJECTIONS:  NONE

5    Defendants' No. 20.  OBJECTIONS:  NONE

6    Defendants' No. 21.  OBJECTIONS:  NONE

7    Defendants' No. 22.  OBJECTIONS:  NONE

8    Defendants' No. 23.   OBJECTIONS:  NONE

9    Defendants' No. 24.   OBJECTIONS:  NONE.

10    Defendants' No. 25.   OBJECTIONS:  NONE

11    Defendants' No. 26.  OBJECTIONS:  lacks foundation (FRE 104b); lacks authentication;

12  irrelevant (FRE 402); not produced in discovery to Plaintiff (FRCP Rule 26, 34, 37)

13    Defendants' No. 27.   OBJECTIONS:  NONE

14    Defendants' No. 28.  OBJECTIONS:  lacks foundation (FRE 104b); lacks authentication;

15  irrelevant (FRE 402); hearsay (FRE 801, 802)

16    Defendants' No. 29.  OBJECTIONS:  Not all documents "produced" by the Defendants

17  were submitted in a timely manner, and many lack foundation and/or contain inadmissible hearsay.

18  Plaintiff therefore reserves the right to object to any and all documents that fall into these or any

19  other categories that violate the Federal Rules of Evidence, as well as the Federal Rules of Civil

20  Procedure.

21    Defendants' No. 30.  OBJECTIONS:  NONE

22

23

24  **Dated:  August 4th, 2007**                Respectfully submitted,

25

26                                   By:   s/ EDWARD ALLEN /s

27                                        Plaintiff in Pro Se

28

–5–

OBJECTION TO DEFENDANTS' PRETRIAL DISCLOSURES:  CASE NO. 06-CV 0371 L (NLS)

## PROOF OF SERVICE

I, Edward Allen, declare:

I am, and was at the time of service of the papers herein referred to, over the age of eighteen (18) years, the Plaintiff in the action, and a resident of the State of California; my business address is P.O. Box 3584, Seal Beach, California 90740. On August 4, 2007, I served the following document(s) in the manner(s) set forth below:

**PLAINTIFF'S OBJECTIONS TO ADMISSIBILITY OF DEFENDANTS'
PRETRIAL DISCLOSURES**

[  ]   (FACSIMILE) I transmitted the foregoing document via facsimile to the parties identified below at the numbers indicated.  Such transmission was verified complete and without error and was transmitted this day before 5:00 p.m.

[ x ]   (BY US MAIL)I am readily familiar with the practice for collection and processing of correspondence for mailing with the U.S. Postal Service.  Said correspondence will be deposited with the U.S. Postal Service on this same day in the ordinary course of business addressed to the parties below.  I am aware that upon motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit as declared herein.

[  ]   (HAND DELIVERY) I caused service via personal hand delivery of the documents listed above to the person(s) at the address(es) listed below.

[  ]   (FEDERAL EXPRESS) I placed the document(s) listed above in separate sealed Federal Express envelope(s), designated as overnight (next business day) delivery, with delivery fees paid or provided for and addressed to the person(s) listed below, and I caused such envelope(s) to be delivered to a Federal Express agent for delivery.

[  ]   (ELECTRONIC MAIL) I transmitted the foregoing documents via electronic mail to the parties identified below at the email addresses indicated.

Bela G. Lugosi, Esq.
Amy Borlund, Esq.
Arent Fox LLP
445 S. Figueroa Street, Ste. 3750
Los Angeles, California 90017

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 4, 2007, at Long Beach, California.

s /  Edward Allen / s

Edward Allen

Plaintiff in Pro Se

-1-